February 23, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

VARENDA WILLIAMS, Appellant

NO. 14-11-00672-CV            V.

FEDERAL NATIONAL MORGAGE ASSOCIATION A/K/A FANNIE MAE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 18, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by VARENDA WILLIAMS.

We further order this decision certified below for observance.